IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-00122-2BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| RONNIE JEREMY THOMPSON | : |

**ORDER OF FORFEITURE**

In the Superseding Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant, pursuant to 7 U.S.C. § 2156(f)(made applicable by Title 28, United States Code, Section 2461(c)), as animals used in an unlawful animal fighting venture as charged in the Superseding Criminal Indictment.

The defendant pled guilty to Counts One and Four of the Superseding Criminal Indictment, and agreed to forfeit the 32 dogs seized from him and pay the costs associated with their care by the Government.

By virtue of the defendant's guilty plea and agreement, the United States is now entitled to the defendant's interest in the 32 dogs seized from him, pursuant to 7 U.S.C. § 2156(f);

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED:**

1

1. That based upon the agreement contained in the Memorandum of Plea Agreement as to the defendant RONNIE JEREMY THOMPSON, the United States is hereby authorized to seize the above-stated personal property, that is, 32 dogs, and they are hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3);

2. That the defendant is ordered to pay as costs for the care of the 32 dogs the sum of $232,042.05, due and payable immediately to United States Department of Justice, for which amount he shall be jointly and severally liable with co-defendant Aaron Richardson.

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant immediately.

SO ORDERED. This __ day of December, 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge